# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00757-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

DAQUAN LAMEL DONALDSON,

      Plaintiff,

v.

C. DANIELS, Warden,

      Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

On March 22, 2013, Plaintiff submitted a Prisoner Complaint and a Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 .   As part of

the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the

documents are deficient as described in this Order.  Plaintiff will be directed to cure the

following if he wishes to pursue any claims in this Court in this action.  Any papers that

Plaintiff files in response to this Order must include the civil action number on this

Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   _X_   is missing **certified copy** of prisoner's trust fund statement for the
          6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   _X_   is missing authorization to calculate and disburse filing fee payments
(7)   ___   is missing an original signature by the prisoner
(8)   _X_   is not on proper form (must use Court-approved from revised on 10/1/12)
(9)   ___   names in caption do not match names in caption of complaint, petition or
          habeas application

(10)           other:

**Complaint, Petition or Application**:
(11)           is not submitted
(12)           is not on proper form
(13)           is missing an original signature by the prisoner
(14)           is missing page nos. ___
(15)           uses et al. instead of listing all parties in caption
(16)           names in caption do not match names in text
(17)           addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)           other: _____

Accordingly, it is

      ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

      FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

      FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

      DATED March 28, 2013, at Denver, Colorado.

                     BY THE COURT:

                     s/ Boyd N. Boland
                     United States Magistrate Judge