**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00757-BNB

DAQUAN LAMEL DONALDSON,

      Plaintiff,

v.

C. DANIELS, Warden,

      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     On May 28, 2013, Plaintiff submitted a Letter to the Court requesting that he be allowed to proceed with this action without paying the initial filing fee.  Plaintiff's request is denied as unnecessary.  He has been granted leave to proceed pursuant to § 1915, and will have the filing fee automatically disbursed from his account **when funds are available**.

Dated:  May 29, 2013

---